JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN JAIME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLC DISTRIBUTION, LLC, et al.,<br><br>　　　　Defendants. | Case No. 24-5279-MWF(MARx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

The Court has considered the parties' Stipulation to Dismiss Entire Action with Prejudice. (Docket No. 49). For good cause shown, the parties' request is GRANTED. The Court ORDERS:

1. This entire action is DISMISSED with prejudice as against all parties without any award of attorneys' fees or costs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Rule 41(a)(1)(B).

**IT IS SO ORDERED.**

Dated: June 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-